**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Howard D. Dawson                                                      CHAPTER 13
<u>Debtor(s)</u>

BKY. NO. 23-10383 JCM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Trustee For Legacy Mortgage Asset Trust 2021-GS4 and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas
Brian Nicholas
24 Aug 2023, 14:22:19, EDT

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 8ca7f10d9707daeeb0a3e84d4bda84d78b9de63b2b9a38405ac0b31985a3b0c9