**resurgent** capital services

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

23-10383

DEBTOR(S):

HOWARD D DAWSON

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 7 IN THE AMOUNT OF $248.09

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

Pinnacle Credit Services, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

10/2/2023