**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    HOWARD D. DAWSON<br>        *Debtor*<br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR LEGACY MORTGAGE ASSET TRUST 2021-GS4 c/o Fay Servicing<br>        *Movant*<br><br>       vs.<br>HOWARD D. DAWSON,<br>        *Debtor/Respondent*<br>   and<br>RONDA J. WINNECOUR, Esquire,<br>        *Trustee/Respondent* | Bankruptcy No. 23-10383-JCM<br>Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, RECEIPT OF NOTICES AND INCLUSION ON NOTICE LIST**

TO THE CLERK, U.S. BANKRUPTCY COURT, THE DEBTORS, AND ALL OTHER PARTIES OF INTEREST:

      PLEASE TAKE NOTICE that the undersigned attorney is counsel on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for Legacy Mortgage Asset Trust 2021-GS4 c/o Fay Servicing ("Creditor"), a creditor and party-in-interest in the above captioned Chapter 13 case. Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§ 102(1), 342, and 1109(b) Creditor requests special notice of all matters which must be noticed to creditors be given to **Sarah K. McCaffery, Esquire** at the below address and/or telephone number set forth below. This request includes without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of disclosure statements, and all other documents filed with the bankruptcy court in the above captioned matter whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

                                            Respectfully Submitted,

Date 12/08/2023

                                      /s/ Sarah K. McCaffery, Esquire
                                      Sarah K. McCaffery, Esquire
                                      HLADIK, ONORATO & FEDERMAN, LLP
                                        298 Wissahickon Avenue
                                        North Wales, PA 19454
                                        (215) 855-9521
                                        smccaffery@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    HOWARD D. DAWSON<br>    *Debtor*<br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR LEGACY MORTGAGE ASSET TRUST 2021-GS4 c/o Fay Servicing<br>    *Movant*<br><br>        vs.<br>HOWARD D. DAWSON,<br>    *Debtor/Respondent*<br>    and<br>RONDA J. WINNECOUR, Esquire,<br>    *Trustee/Respondent* | Bankruptcy No. 23-10383-JCM<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I caused to be served true and correct copies of the Entry of Appearance at the respective last known address of each person set forth below on 12/08/2023.

Joseph H. Ellermeyer, Esquire
josephellermeyer@yahoo.com
Via Electronic Filing
*Attorney for Debtor*

Howard D. Dawson
3470 Route 28 N
Brookville, PA 15825
*Debtor*

Ronda J. Winnecour, Esquire,
cmecf@chapter13trusteewdpa.com
Via Electronic Filing
*Trustee*

Date: 12/08/2023

  /s/ Sarah K. McCaffery, Esquire
Sarah K. McCaffery, Esquire
HLADIK, ONORATO & FEDERMAN, LLP
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
smccaffery@hoflawgroup.com