**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| HOWARD D. DAWSON | Case No.:23-10383 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 07/25/2023  and confirmed on 09/11/2023 .  The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 15,866.51 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 15,866.51 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 612.42 | |
|    Trustee Fee | 951.99 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,564.41 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - OWNER TRUSTEE | 0.00 | 9,398.26 | 0.00 | 9,398.26 |
|    Acct: 8603 | | | | |
| US BANK TRUST NA - OWNER TRUSTEE | 22,033.03 | 2,758.66 | 0.00 | 2,758.66 |
|    Acct: 8603 | | | | |
| ONE MAIN FINANCIAL GROUP LLC A/S/F | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 8931 | | | | |
| PHFA-HEMAP(*) | 7,641.25 | 1,049.49 | 1,095.69 | 2,145.18 |
|    Acct: 6180 | | | | |
| | | | | 14,302.10 |
| **Priority** | | | | |
| JOSEPH H ELLERMEYER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| HOWARD D. DAWSON | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| ACHILLE ELLERMEYER & WALLISCH | 2,200.00 | 612.42 | 0.00 | 0.00 |
|    Acct: | | | | |
| BROOKVILLE ASD & WARSAW TOWNSHIP | 421.50 | 0.00 | 0.00 | 0.00 |
|    Acct: 2815 | | | | |

| 23-10383 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
| PA DEPARTMENT OF REVENUE* | 481.44 | 0.00 | 0.00 | 0.00 |
| Acct: 3523 | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| Unsecured | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURC | 397.14 | 0.00 | 0.00 | 0.00 |
| Acct: 1621 | | | | |
| ONE MAIN FINANCIAL GROUP LLC A/S/F ( | 2,691.12 | 0.00 | 0.00 | 0.00 |
| Acct: 8931 | | | | |
| PA DEPARTMENT OF REVENUE* | 153.04 | 0.00 | 0.00 | 0.00 |
| Acct: 3523 | | | | |
| PINNACLE CREDIT SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |

TOTAL PAID TO CREDITORS                                                                                             14,302.10

TOTAL CLAIMED
PRIORITY              902.94
SECURED           29,674.28
UNSECURED         3,241.30

Date: 04/03/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com